Baruch C. Cohen, Esq. (SBN 159455)
LAW OFFICE OF BARUCH C. COHEN
    A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501       Fax (323) 937-4503
e-mail: baruchcohen@baruchcohenesq.com

Charles Shamash, Esq. (SBN 178110)
CACERES & SHAMASH, LLP
9701 Wilshire Boulevard, 10th Floor
Beverly Hills, CA 90212
(310) 205-3400      Fax: (310) 878-8308
e-mail: cs@locs.com

*Attorneys For Plaintiffs, Matt Capelouto and Christine Capelouto*

FILED & ENTERED

MAR 21 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY craig    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re<br><br>BRANDON MICHAEL MCDOWELL, aka "trvpkid_69",<br><br>    Debtor. | Case No. 6:22-bk-14752-MH<br><br>Assigned to the Honorable Mark D. Houle<br><br>Chapter 7 |
| MATT CAPELOUTO AND CHRISTINE CAPELOUTO,<br><br>    Plaintiffs<br><br>vs.<br><br>BRANDON MICHAEL MCDOWELL, aka "trvpkid_69",<br><br>    Defendant | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE COMPLAINTS AND OTHER PLEADINGS UNDER 11 U.S.C. § 523(a)(6) & 11 U.S.C. § 523(a)(7)** |

    The Court having considered the STIPULATION TO EXTEND DEADLINE TO FILE COMPLAINTS AND OTHER PLEADINGS UNDER 11 U.S.C. § 523(a)(6) & 11 U.S.C. § 523(a)(7) ("Stipulation") by and between MATT & CHRISTINE CAPELOUTO ("Capelouto") and BRANDON MICHAEL MCDOWELL ("Debtor"), filed as Docket #21 in this case, and good cause appearing,

**IT IS HEREBY ORDERED**:

1. The Stipulation is hereby **APPROVED** and made an Order of this Court;

2. Capelouto is hereby granted an extension of time through and including 6-26-2023 to: timely file a complaint for nondischargeability of debt pursuant to 11 U.S.C. § 523(a)(6) & 11 U.S.C. § 523(a)(7) against the Debtor; timely take such other steps which may be needed to preserve and enforce its rights to pursue the dischargeability complaint.

###

Date: March 21, 2023

Mark Houle
United States Bankruptcy Judge