| Chapter 7 Trustee Name, Address, Telephone & FAX Numbers | FOR COURT USE ONLY |
|---|---|
| ROBERT S. WHITMORE, TRUSTEE<br>3600 Lime Street, Suite #616<br>Riverside, CA 92501<br>Telephone: (951) 276-9292 | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>BRANDON MICHAEL MCDOWELL<br><br>                                                                Debtor(s). | CHAPTER 7<br><br>CASE NO.: 6:22-14752-MH<br><br>(No Hearing Required) |

## TRUSTEE'S REQUEST TO DISMISS CHAPTER 7 DEBTOR(S) FOR FAILURE TO APPEAR AT SECTION 341(a) MEETING OF CREDITORS

I, the undersigned Trustee, certify under penalty of perjury that the debtor(s) failed to appear at Section 341(a) Meeting of Creditors and any continuances thereof. I further certify that I have notified the within debtor(s) of any continued/rescheduled Section 341(a) Meeting of Creditors and recommend that a dismissal order be initiated against:

[X]    **DEBTOR:**    BRANDON MICHAEL MCDOWELL

[ ]    **JOINT DEBTOR:**    _____

Dated:    10-18-23

ROBERT S. WHITMORE, TRUSTEE                    /s/ Robert S. Whitmore
*Type Name of Trustee*                                              *Signature of Trustee*